```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
MIND MEDICINE (MINDMED) INC.,            :
                                         :
                    Plaintiff,           :     23cv7875 (DLC)
          -v-                            :
                                         :        ORDER
SCOTT FREEMAN, et al.,                   :
                                         :
                    Defendants.          :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

The plaintiff filed the complaint in this action on September 5, 2023. On October 16, the plaintiff filed a First Amended Complaint. Having received the plaintiff's letter dated October 17, it is hereby

ORDERED that the Civil Case Openings Unit shall accept the First Amended Complaint, filed at ECF No. 27.

Dated:   New York, New York
         October 30, 2023

                                   _____
                                            DENISE COTE
                                   United States District Judge