UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIND MEDICINE (MINDMED) INC.,

Plaintiff,

v.

SCOTT FREEMAN, JAKE FREEMAN, CHAD BOULANGER, FARZIN FARZANEH, VIVEK JAIN, ALEXANDER WODKA, and FCM MM HOLDINGS, LLC,

Defendants.

Case No. 1:23-cv-07875 (DLC)

### DECLARATION OF SCOTT FREEMAN

I, Scott Freeman, declare as follows:

1. I am a member of FCM MM Holdings, LLC.

2. I have personal knowledge of the facts set forth herein.

3. I was a resident of and domiciled in Las Vegas, Nevada, until December 1 2021. Since December 1, 2021, I have resided in the U.S. Virgin Islands and spend part of the year at the personal residence I retain in Las Vegas, Nevada.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 3, 2023.

By: _____
Scott Freeman