**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MIND MEDICINE (MINDMED) INC.,

               Plaintiff,

   v.

SCOTT FREEMAN, JAKE FREEMAN, CHAD BOULANGER, FARZIN FARZANEH, VIVEK JAIN, ALEXANDER WODKA, and FCM MM HOLDINGS, LLC,

               Defendants.

Case No. 1:23-cv-07875 (DLC)

**NOTICE OF MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, by and through their undersigned attorneys, Defendants in the above captioned action will move this Court, before the Honorable Denise L. Cote, Judge of the United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States District Courthouse, located at 500 Pearl Street, New York, New York 10007, for an order dismissing the First Amended Complaint (ECF No. 27), pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and for such other further relief as the Court finds just or proper.

Dated: New York, New York
      December 1, 2023

GLENN AGRE BERGMAN & FUENTES LLP

By: _/s/ L. Reid Skibell_
    L. Reid Skibell
    George L. Santiago
    Jason Rotstein

1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
T: 212-970-1600
rskibell@glennagre.com
gsantiago@glennagre.com
jrotstein@glennagre.com

_Attorneys for Defendants_