# EXHIBIT D

Case 3:23-cv-01574-MMD-CLB Document 43-5 Filed 12/01/23 Page 1 of 4

# Exhibit A

Declaration of Jake Freeman

# Exhibit A

Robert J. Cassity
Nevada Bar No. 9779
Erica C. Medley
Nevada Bar No. 13959
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
bcassity@hollandhart.com
ecmedley@hollandhart.com

*Attorneys for FCM MM Holdings, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MIND MEDICINE (MINDMED) INC., a British Columbia Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT FREEMAN, an individual, and FCM MM HOLDINGS, LLC, a Wyoming Limited Liability Company,<br><br>Defendants. | Case No.: 2:23-cv-01534-MMD-EJY<br><br>**SUPPLEMENTAL DECLARATION OF JAKE FREEMAN IN SUPPORT OF DEFENDANT FCM MM HOLDINGS, LLC'S REPLY IN SUPPORT OF MOTION TO DISMISS** |

I, Jake Freeman, declare as follows:

1. I am over 18 years of age and am competent to testify to the facts stated herein, which are based on personal knowledge unless stated otherwise, and if called upon to testify, I could and would testify competently to the following.

2. I am the sole Manager of Defendant FCM MM Holdings, LLC ("FCM" or "Defendant"). I submit this supplemental declaration in support of FCM's Reply in Support of Motion to Dismiss ("Reply").

3. During the proxy campaign, I was the sole representative for a meeting with MindMed in relation to my proposal which would have allowed MindMed to select FCM nominees not including Dr. Freeman. To my knowledge, I served as the sole point of contact from FCM with MindMed – i.e., neither Dr. Freeman nor Mr. Boulanger communicated with MindMed from August 2022 to June 21, 2023 on behalf of FCM without my approval.

1

4. On or about April 18, 2023, myself, FCM, Dr. Freeman, and others executed the "Joint Filing and Solicitation Agreement" (the "JFSA") dated April 18, 2023. Attached to the Reply as **Exhibit B** is a true and correct copy of the JFSA. FCM provided the JFSA to MindMed on May 8, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 13, 2023 at Princeton, New Jersey.

*/s/ Jake Freeman*
JAKE FREEMAN

30708791_v1

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134