```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
MIND MEDICINE (MINDMED) INC.,           :       23cv7875 (DLC)
                                        :
                         Plaintiff,     :         ORDER
             -v-                        :
                                        :
SCOTT FREEMAN, et al.,                  :
                                        :
                         Defendants.    :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

   For the reasons stated on the record on January 5, it is hereby

   ORDERED that the defendants' November 7, 2023 motion to transfer is denied.

Dated:   New York, New York
         January 8, 2024

                                        _____
                                              DENISE COTE
                                        United States District Judge