```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
MIND MEDICINE (MINDMED) INC.,          :      23cv7875(DLC)
                                       :
                    Plaintiff,         :         ORDER
           -v-                         :
                                       :
SCOTT FREEMAN, et al.,                 :
                                       :
                    Defendants.        :
-------------------------------------- X
```

DENISE COTE, District Judge:

Having received the parties' letters regarding discovery, it is hereby

ORDERED that a telephone conference is scheduled for **February 6, 2024 at 4:00 P.M.** The parties shall use the following dial-in credentials for the telephone conference:

    Dial-in:        888-363-4749
    Access Code:    4324948

The parties shall use a landline if one is available.

Dated:  New York, New York
        February 5, 2024

                                            DENISE COTE
                              United States District Judge