**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MIND MEDICINE (MINDMED) INC.,

                    Plaintiff,

-against-                                       23 **CIVIL 7875** (DLC)

                                                                        **<u>JUDGMENT</u>**

SCOTT FREEMAN, JAKE FREEMAN,
CHAD BOULANGER, FARZIN
FARZANEH, VIVEK JAIN, ALEXANDER
WODKA, and FCM MM HOLDINGS, LLC,

                    Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation, Order & Permanent Injunction dated May 10, 2024, that MindMed's claims for relief against Defendants in the Action are hereby dismissed with prejudice.  Defendants and any related estate vehicles, including but not limited to the Scott Freeman 2021 Irrevocable Trust and the Scott Mitchell Freeman Revocable Living Trust US 03-10-2012, (the "Defendant Committed Parties") are ENJOINED and RESTRAINED for a period of five years from the Dismissal Date. Judgment is hereby entered and the case is closed.

**Dated:**  New York, New York
          June 6, 2024

                                                                 **RUBY J. KRAJICK**

                                                                  **Clerk of Court**

                                  **BY:**

                                                                  **Deputy Clerk**